# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastenn District District of New York

Index Number: 2:19-CV-03648 (JMA) (AKT)

Date Filed: _____

Plaintiff:
**Jesse Garcia, et al.**

vs.

Defendant:
**MCU Holdings, LLC**

For:
Barshay Sanders, PLLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530

Received by CHOICE PROCESS SERVING on the 16th day of July, 2019 at 9:34 am to be served on **MCU Holdings, Llc c/o Mark R. Fenzel, 3200 Nw 62 Ave, Suite 204, Margate, FL 33063**.

I, Ray Wilson, being duly sworn, depose and say that on the **16th day of July, 2019** at **12:34 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons; Class action complaint with exhibits.** with the date and hour of service endorsed thereon by me, to: **Fernando D** as **Employee At Private Mailbox Store** at the address of: **3200 Nw 62 Ave, Suite 202, Margate, FL 33063**, who stated they are authorized to accept service for **MCU Holdings, Llc**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Documents served to Fernando employee at private mailbox location. Stated box 202 was the box maintained by defendant, not box 204

## AFFIDAVIT OF SERVICE For 2:19-CV-03648 (JMA)(AKT)

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, Pursuant to Florida Statute 92.525, I declare that I have read the foregoing document, and that the facts stated in it are true.

Ray Wilson
1292

**CHOICE PROCESS SERVING**
5489 Wiles Rd
#302
Coconut Creek, FL 33073
(954) 905-6535

Subscribed and Sworn to before me on the 17th day of July, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC



MARYESTHER LEVINE
Commission # GG 108027
Expires June 1, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

Our Job Serial Number: CHC-2019002538

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c