**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 117812
*Attorneys for Plaintiff*

FILED
CLERK

9/24/2019 9:10 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Jesse Garcia, individually and on behalf of all others similarly situated,

          Plaintiff,

    -against-

MCU Holdings, LLC,

          Defendant.

Docket No: 2:19-cv-03648-JMA-AKT

SO ORDERED.
/s/ JMA, USDJ
9/24/2019

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: September 23, 2019

**BARSHAY SANDERS, PLLC**

By:   /s *Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: ConsumerRights@BarshaySanders.com
Our File No: 117812
*Attorneys for Plaintiff*